# TERRIS, PRAVLIK & MILLIAN, LLP

**A PUBLIC INTEREST LAW FIRM**

1816 12th Street, NW, Suite 303
Washington, DC 20009-4422
(202) 682-2100
(202) 289-6795 (fax)

CAROLYN SMITH PRAVLIK
KATHLEEN L. MILLIAN
ZENIA SANCHEZ FUENTES
PATRICK A. SHELDON
TODD A. GLUCKMAN
ALICIA C. ALCORN
MICHAEL L. HUANG
NICHOLAS SOARES
STEPHANIE ANN MADISON
SARAH A. ADAMS
DANIEL M. FRANZ
—
MARGARET A. KOHN
OF COUNSEL
—
BRUCE J. TERRIS (1933-2017)
FOUNDING PARTNER

September 27, 2022

**By Electronic Filing**

Mark J. Langer, Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

  Re: *Maldonado v. District of Columbia*, Case No. 22-7060
     Corrected Brief without acronyms

Dear Mr. Langer:

  On Thursday, September 22, 2022, we filed the Brief for Appellants in the above-referenced case. On Monday, September 26, we received your letter advising us to reexamine that brief to ensure conformity with the Court's policy regarding acronyms. Thereafter, we spoke with Alison Grossman, Special Counsel to the Clerk, regarding the issue.

  We have addressed the issue and are concurrently filing a corrected version of the brief removing acronyms. We have made no substantive changes to the brief.

           Sincerely,

           Michael L. Huang
           *Counsel for Plaintiffs-Appellants*

cc: All Counsel of Record via ECF